# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAT MOHAMED KABIL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00281-OWW-SMS PC<br><br>**ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE SANDRA M. SNYDER PURSUANT TO APPENDIX A(K)(4) OF THE LOCAL RULES**<br><br>(Doc. 8) |

　　　This is a civil rights action filed by Plaintiff, Talat Mohamed Kabil, a state prisoner proceeding pro se and in forma pauperis.  Plaintiff consented to Magistrate Judge jurisdiction on March 24, 2008, and no other party has appeared in the action.  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to United States Magistrate Judge Sandra M. Snyder to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

　　　Accordingly, it is HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Sandra M. Snyder for all purposes within the meaning of 28 U.S.C. § 636(c);
2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Sandra M. Snyder; and

///

///

3. The new case number shall be 1:08-cv-00281-SMS PC, and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:   August 6, 2009**                              /s/ Oliver W. Wanger
                                                                      UNITED STATES DISTRICT JUDGE