# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAT MOHAMED KABIL, | 1:08-cv-00281-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| DONNY YOUNGBLOOD, et al., | (Doc. 3.) |
| Defendants. | ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Talat Mohamed Kabil ("Plaintiff") is a former federal prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and state law. Plaintiff filed this action on February 27, 2008. (Doc. 3.) On March 24, 2008, plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 8.) On August 7, 2009, this action was reassigned to the undersigned for all further proceedings. (Doc. 16.)

On August 11, 2009, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and gave Plaintiff leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc.17.) To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///

///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

1. This action is DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983; and
2. The Clerk is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:    October 8, 2009**              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE